**ORIGINAL**

**SUBT**
**MARC A. SAGGESE, ESQ.**
Nevada Bar No. 7166
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Telephone 702.778.8883
Facsimile 702.778.8884
Marc@MaxLawNV.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff;<br><br>vs.<br><br>VANGJUSH XHURKA,<br><br>  Defendant. | CASE NO.: 12-CR-0078-KJD-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

COMES NOW, PATRICK E. MCDONALD, ESQ., attorney for the Defendant, VANGJUSH XHURKA, of MCDONALD & ADRAS LAW OFFICES, and hereby consents to the substitution of MARC A. SAGGESE, ESQ., of the law firm of SAGGESE & ASSOCIATES, LTD., as attorney of record for Defendant, VANGJUSH XHURKA, in the above-captioned case.

DATED this _9th_ day of April, 2012.

_____
PATRICK E. MCDONALD, ESQ.
Nevada Bar No. 3526
**MCDONALD & ADRAS LAW OFFICES**
601 S. Seventh Street
Las Vegas, NV 89101
Telephone 702.385.7227

-1-

MARC A. SAGGSE, ESQ., of the law firm of SAGGESE & ASSOCIATES, LTD., does hereby agree to be substituted in as attorney of record for Defendant VANGJUSH XHURKA, in the above-captioned case.

DATED this ___ day of April, 2012.

*/s/ Marc A. Saggese*
**MARC A. SAGGESE, ESQ.**
Nevada Bar No. 7166
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
Telephone 702.778.8883
Facsimile 702.778.8884
Marc@MaxLawNV.com
*Attorney for Defendant*

VANGJUSH XHURKA, consents to the substitution of MARC A. SAGGESE, ESQ., of the law firm of SAGGESE & ASSOCIATES, LTD., in the place of PATRICK E. MCDONALD, ESQ.

DATED this ___ day of April, 2012.

*/s/ Vangjush Xhurka*
VANGJUSH XHURKA
*Defendant*

**IT IS SO ORDERED.**

*/s/ George Foley Jr.*
**George Foley, Jr.**
**United States Magistrate Judge**

**DATED:   April 10, 2012**