# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VANGJUSH XHURKA,<br><br>    Defendant. | Case No. 2:12-CR-00078-KJD-GWF<br><br>**ORDER** |

The Ninth Circuit, having denied Appellant's Motion for Bail Pending Appeal it is Ordered that Defendant self-surrender on July 8, 2013 by noon to the designated facility with the Bureau of Prisons.

DATED this __2__ day of July 2013.

_____
UNITED STATES DISTRICT JUDGE